■ JOSEPH ANGELUCCI et al., Respondents, v BENJAMIN SANDS et al., Defendants and Third-Party Plaintiffs, et al., Defendant. LIPPOLIS ELECTRIC, INC., Third-Party Defendant-Appellant. [747 NYS2d 798]

Since a judgment has been entered in favor of the defendants and third-party defendants, after trial, which is being affirmed by this Court (*see Angelucci v Sands,* 297 AD2d 764 [decided herewith]), any determination regarding the summary judgment motion will not affect the rights of the parties (*see Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 714). Santucci, J.P., Schmidt, Townes and Cozier, JJ., concur.